UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM and IBEW LOCAL UNION 98, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. STUMPF, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEVEN W. SANGER and SUSAN G. SWENSON,<br><br>Defendants,<br><br>-and-<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No.: 11-CV-2662-SI<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF THE *LAMPERS* ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Hearing Date:   N/A<br>Time:               N/A<br>Courtroom:     Hon. Susan Illston<br><br>Complaint Filed: June 2, 2011 |

[Proposed] Order Granting Request for Voluntary Dismissal

Based on Plaintiffs' Request for voluntary dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that the *LAMPERS* Action only is dismissed without prejudice and without need to provide notice of such dismissal to Wells Fargo shareholders.

DATED this __19th__ day of __Aug__, 2011   _____/s/ Susan Illston_____

                                                             THE HONORABLE SUSAN ILLSTON
                                                             UNITED STATES DISTRICT JUDGE

Submitted by:

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)


_____/s/_____
      STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)


BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

*Counsel for Plaintiffs LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM and IBEW LOCAL UNION 98*

1 - [Proposed] Order Granting Request for Voluntary Dismissal